# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM LOGISTICS, a California corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:23-cv-01869-H-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF HEARING DATE**<br><br>[Doc. No. 13.] |

　　　On November 28, 2023, Plaintiff Aram Logistics ("Plaintiff") filed a motion for partial summary judgment. (Doc. No. 9.) The Court set the hearing on Plaintiff's motion for January 8, 2024. On December 5, 2023, the parties filed a joint motion requesting a continuance of the January 8, 2024 hearing on Plaintiff's motion for partial summary judgment to January 22, 2024. (Doc. No. 13.) In the joint motion, Defendant United States Liability Insurance Company ("Defendant") represents that it intends to file a cross-motion for summary judgment on or before December 25, 2023 and requests a hearing date of January 22, 2024 for its motion. (Id.) For good cause shown, the Court grants the parties' joint motion and ORDERS as follows:

　　1. Defendant must file its cross-motion for summary judgment on or before December

25, 2023, and the Court sets the hearing on Defendant's forthcoming motion for January 22, 2024 at 10:30 a.m. Pacific Time.

2. The Court continues the January 8, 2024 hearing on Plaintiff's motion for partial summary judgment to January 22, 2024 at 10:30 a.m. Pacific Time.

3. Any oppositions to the parties' cross-motions for summary judgment must be filed by **January 8, 2024**.  Pursuant to Civil Local Rule 7.1(e)(3), any replies in support of the parties' cross-motions for summary judgment must be filed by **January 12, 2024**.

**IT IS SO ORDERED.**

DATED: December 5, 2023

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT